# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELENE MARIE LEE,<br><br>          Plaintiff,<br><br>     v.<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br><br>          Defendant.<br>_____/ | Case No. 1:20-cv-00700-SKO<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS AND STAYING CASE**<br><br>(Doc. 5) |

**ORDER**

Plaintiff Helene Marie Lee filed a complaint on May 15, 2020, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 on May 17, 2020.[1] (Docs. 1, 5.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;
2. The Clerk of Court is DIRECTED to issue a summons;
3. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff;
4. The parties are hereby notified that, <u>after service of the complaint, this action is STAYED pursuant to General Order No. 615</u>, and there will be no scheduling order or deadlines in effect during the stay. *See* E.D. Cal. G.O. 615. The stay will be

---

[1] Plaintiff also filed a subsequent request to proceed in forma pauperis on June 10, 2020, but it does not include Plaintiff's name in the caption, bears the incorrect court, and is unsigned. (*See* Doc. 10.) In view of the Court granting Plaintiff's May 17, 2020, request (Doc. 5), the subsequent request (Doc. 10) is DENIED as MOOT.

automatically lifted when the defendant files the certified copy of the administrative record, with no further order of the Court; and

5. The Clerk is DIRECTED to issue the Consent/Decline forms only, in addition to the summons.  Pursuant to General Order No. 615, no other case documents will issue.

IT IS SO ORDERED.

Dated:  **September 21, 2020**          /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

2