UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
(Fresno)



PRO HAC VICE APPLICATION, ECF REGISTRATION AND CONSENT TO ELECTRONIC SERVICE, PROPOSED ORDER

**Helene Marie Lee**          Plaintiff(s),

v.                                    Case No. **1:20-cv-00700-SKO**

**Defendant**
**Commissioner of Social Security**

I, _____Dana Duncan_____,

attorney for _____Helene Lee_____,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

Firm Name:         Duncan Disability Law, S.C.
Address:           555 Birch St.

City:              Nekoosa
State:             WI          ZIP Code:   54457
Voice Phone:       ( 715 ) 423-4000
FAX Phone:         ( 715 ) 423-4001
Internet E-mail:   elijah@duncandisability.com
Additional E-mail: danawduncan@duncandisability.com
I reside in City:  Port Edwards         State:      WI

I was admitted to practice in the \_\_\_\_Western District of WI\_\_\_\_(court) on \_\_\_\_April 11, 2000\_\_\_\_(date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not (x) concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: Kenneth W. Drake

Firm Name: Kenneth W. Drake, Inc.

Address: 5850 Canoga Ave. Suite 400

City: Woodland Hills,

State: CA   ZIP Code: 91367

Voice Phone: 818-545-4181

FAX Phone: 818-906-1441

E-mail: kwd@kendrakelaw.com

Dated: 8-25-21   Petitioner: /s/ Dana Duncan

## ORDER

IT IS SO ORDERED.

DATED: 8/26/2021          /s/ Sheila K. Oberto
                         U.S. MAGISTRATE JUDGE